# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

ANTHONY L. SAMPSON,

    **Plaintiff,**

    v.                                No. 15-cv-0479 MV/SMV

METROPOLITAN DETENTION CENTER,

    **Defendant.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs is missing the required **certified copy of Plaintiff's inmate account statement** for the 6-month period immediately preceding this filing. *See* 28 U.S.C. § 1915(a)(2). Plaintiff must include the civil action number (15-cv-0479 MV/SMV) of this case on all papers that he files in this proceeding. Failure to cure the designated deficiency within 30 days from entry of this Order may result in dismissal of this action without further notice.

    **IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within 30 days from the date of this Order.

    **IT IS SO ORDERED.**

                                              _____

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**