IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY L. SAMPSON,

    Plaintiff,

  v.                                                                                                     No. 15-cv-0479 MV/SMV

METROPOLITAN DETENTION CENTER,

    Defendant.

## SECOND ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Financial Certificate [Doc. 15], filed July 6, 2015, filed in response to the Court's Order to Cure Deficiency. On June 12, 2015, the Court ordered Plaintiff to submit a certified copy of his inmate account statement for the **6-month period immediately preceding the filing of his Application to Proceed in District Court without Prepaying Fees or Costs**. [Doc. 5]; *see* 28 U.S.C. § 1915(a)(2). In response, Plaintiff submitted a certified copy of his inmate account statement for the time period between July 3, 2012, and January 20, 2014.[1] *See* [Doc. 15] at 2. The inmate account statement submitted by Plaintiff is deficient because it does not include the six-month period immediately preceding the filing of his Application to Proceed in District Court without Prepaying Fees or Costs (i.e., December, 2014, through June, 2015). Therefore, the Court will order Plaintiff to cure the deficiency by filing a **current** certified copy of his inmate account statement that includes the **6-month period immediately preceding the filing of his Application to Proceed in District**

---

[1] It appears that Plaintiff's inmate account statement consists of two pages, but Plaintiff only submitted "Page 1 of 2." [Doc. 15] at 2. The second page of the document, which presumably includes the current account information previously ordered by the Court, was not submitted by Plaintiff.

**Court without Prepaying Fees or Costs**. Failure to cure the designated deficiency within 30 days from entry of this Order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiency designated above within **30 days** from the date of this Order.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**