IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY L. SAMPSON,

    Plaintiff,

  v.                                      No. 15-cv-0479 MV/SMV

METROPOLITAN DETENTION CENTER,

    Defendant.

## ORDER

THIS MATTER is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2], filed on June 8, 2015, and Motion for Extension of Time to File Inmate Account Summary [Doc. 17], filed on July 9, 2015. The Court will grant Plaintiff's Application [Doc. 2] and deny as moot Motion for Extension of Time [Doc. 17].

The filing fee for this civil rights complaint is $350.00. Based on the information about Plaintiff's financial status, *see* Financial Certificate [Doc. 19], the Court will waive an initial partial payment pursuant to § 1915(b)(1). Plaintiff is required to pay the full amount of the filing fee pursuant to § 1915(b)(1). Failure to comply with this order may result in dismissal of the complaint without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **GRANTED**, and the initial payment is **WAIVED**;

**IT IS FURTHER ORDERED** that Plaintiff file monthly financial certificates and make monthly payments of twenty per cent (20%) of the preceding month's income credited to his

account or show cause why the payment should be excused; and the Clerk is directed to provide Plaintiff with two copies of the post-filing financial certificate;

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Extension of Time to File Inmate Account Summary [Doc. 17] is **DENIED as moot**;

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**